United States District Court
Southern District of Texas

**ENTERED**
December 04, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                          Cr. No. H-17-505

JOSHUA JAMES HOLMSTEDT

## ORDER

The Court has considered the Second Unopposed Motion for Continuance, wherein counsel for Defendant, Joshua James Holmstedt, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Second Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Second Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, December 1, 2017, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by February 2, 2018.

Responses shall be filed by February 16, 2018

A pretrial conference is set for March 2, 2018 at 10:00 am/ pm.

Trial in this case is set for March 19, 2018 at 9:00 am/ pm.

SIGNED at Houston, Texas, on the 1st day of December 2017.

_____
UNITED STATES DISTRICT JUDGE