IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. H-17-505

JOSHUA JAMES HOLMSTEDT

## FOURTH UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, Joshua James Holmstedt, moves this Court for a forty-five day continuance of the motions deadline, pretrial conference, and trial. He requests a trial date at the end of July or early August. He respectfully shows as follows:

Mr. Holmstedt is charged with production, distribution, and possession of child pornography. The pretrial conference is set for June 8, 2018, and trial is set for June 18, 2018.

The defense team has not yet received the recording of a new statement made by the alleged victim in this case. Counsel has received reports summarizing that statement, but the government has indicated that it will soon provide a video recording of the interview during which the statement was made. The new statement by the victim could have a significant impact on this case, and counsel will need time to investigate and prepare for trial, if necessary. The contents of the recorded statement may also necessitate hiring of a defense witness.

The defendant respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial. The government is unopposed to this Fourth Motion for Continuance.

    Respectfully submitted,

    MARJORIE A. MEYERS
    Federal Public Defender
    Southern District of Texas No. 3233
    Texas State Bar No. 14003750

    By /s/ Joshua B. Lake
    JOSHUA B. LAKE
    Assistant Federal Public Defender
    Southern District of Texas No. 2695263
    Colorado State Bar No. 45285
    440 Louisiana, Suite 1350
    Houston, TX 77002-1056
        Telephone:    713.718.4600
        Fax:    713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Sherri Zack, and determined that the United States is unopposed to this fourth motion for continuance.

/s/ Joshua B. Lake
JOSHUA B. LAKE

## CERTIFICATE OF SERVICE

I certify that on May 2, 2018, a copy of the foregoing was served by Notification of Electronic Filing and will be delivered by email to the office of Assistant United States Attorney Sherri Zack.

/s/ Joshua B. Lake
JOSHUA B. LAKE